Ophir Johna (SBN 228193), ojohna@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Plaintiff
Primerica Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TAMIKKO BENNETT, an individual; JEANTON BENNETT, an individual; AISHA GARRISON, an individual; CHRISTINE SAUNDERS, an individual; EXPRESS FUNERAL FUNDING, LLC, a limited liability company; and DOES 1 through 15, inclusive,<br><br>Defendants. | Case No. 3:16-cv-01698 WHA<br>Hon. William Alsup<br><br>[~~PROPOSED~~] ORDER DIRECTING CLERK TO ACCEPT DEPOSIT OF INTERPLEADER FUNDS<br><br>[Fed. R. Civ. P. 67] |

**HINSHAW & CULBERTSON**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

[~~PROPOSED~~] ORDER DIRECTING CLERK TO ACCEPT DEPOSIT 3:16-cv-01698-WHA

36148728v1 0984736

1  Having reviewed the Complaint in Interpleader filed in this action by
2  Primerica Life Insurance Company ("Primerica"), the Court finds that good cause
3  exists to accept Primerica's deposit of the funds at issue in the action, to wit,
4  $113,588.22, representing the policy benefit payable under the subject insurance
5  policy ($113,000.00) and interest on the same ($588.22).  The Court hereby
6  ORDERS the Clerk of the United States District Court to accept said funds and to
7  deposit them in an interest bearing account pursuant to Federal Rule of Civil
8  Procedure 67.

IT IS SO ORDERED.

DATED:  April 21, 2016.  _____
WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE