1  Marie G. Quashnock (SBN 153567)
   marie@aqalegal.com
2  Hallie Zimmerman (SBN 247407)
   hallie@aqalegal.com
3  **ALVIS QUASHNOCK AND ASSOCIATES, PC**
   613 First Street, Suite 202
4  Brentwood, CA  94513
   Telephone: (925) 516-1617
5  Facsimile:  (925) 775-7008

6  Attorneys for Defendants-in-Interpleader and Counterclaimants
7  TAMIKKO BENNETT and JEANTON BENNET

8              **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11 | PRIMERICA LIFE INSURANCE COMPANY, a corporation, | Case No. 3:16-cv-1698-WHA |
|---|---|
| | **STIPULATION AND ORDER REGARDING CONTINUANCE OF THE SETTLEMENT CONFERENCE DATE** |

Plaintiff,

13        v.

14 TAMIKKO BENNETT, an individual;
JEANTON BENNETT, an individual; AISHA
15 GARRISON, an individual; CHRISTINE
SAUNDERS, an individual; EXPRESS
16 FUNERAL FUNDING, LLC, a limited liability
company; and DOES 1 through 15, inclusive,

17             Defendants.

18 _____

TAMIKKO BENNETT, an individual,
19

20             Counterclaimants,
          v.
21
PRIMERICA LIFE INSURANCE COMPANY,
22 a corporation and ROES 1 through 15,
inclusive,

23             Counter-Defendants.

24

25       The parties, Defendants-in-Interpleader/Counterclaimants, TAMIKKO BENNETT and

26 JEANTON BENNETT and Plaintiff/Counter-Defendant PRIMERICA LIFE INSURANCE

27 COMPANY, a corporation (hereinafter, "Primerica Life Insurance"), by and through their

28 respective attorneys, and Defendant-in-Interpleader, Aisha Garrison, In propia persona and

1

ALVIS QUASHNOCK AND ASSOCIATES A PC
613 First Street, Ste. 202
Brentwood, CA  94513
Tel. (925) 516-1617   Fax. (925) 775-7008

Defendant-in-Interpleader Christina Saunders, In propia persona, hereby stipulate as follows:

1. Whereas, Magistrate Judge Kandis A. Westmore has set a settlement conference hearing in this matter for November 14, 2016; and

2. Whereas, due to a trial scheduling conflict, counsel for Tamikko Bennett and Jeanton Bennett has requested that the conference be continued to a different date and all parties have agreed to the request for a continuance; and

3. Whereas, based on the meet on confer between counsel and all the parties, the parties have agreed that they are mutually available on the following date: **November 18, 2016**.

Therefore, the parties stipulate and request that the Court enter an order as follows:

That the Court continue the settlement conference hearing to November 18, 2016 and reset the briefing schedule for the settlement conference statement papers based on the new conference date.

DATED:  August 3, 2016

**ALVIS QUASHNOCK AND ASSOCIATES, PC**

By:  ___/s/ Marie G. Quashnock___
     Marie G. Quashnock

613 First Street, Suite 202
Brentwood, CA  94513
Telephone: (925) 516-1617
Facsimile:  (925) 775-7008
Attorneys for Defendants-in-Interpleader
TAMIKKO BENNETT and   JEANTON
BENNETT and Counter-Plaintiff TAMIKKO
BENNETT

DATED:  August 3, 2016

**HINSHAW & CULBERTSON LLP**

By:  ___/s/ Ophir Johna___
     Ophir Johna

633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: (213) 680-2800
Facsimile: (213) 614-7399
Attorneys for Plaintiff
*Primerica Life Insurance Company*

ALVIS QUASHNOCK AND ASSOCIATES A PC
613 First Street, Ste. 202
Brentwood, CA  94513
Tel. (925) 516-1617   Fax. (925) 775-7008

Case No.  3:16-cv-1698-WHA – **STIPULATION AND ORDER REGARDING CONTINUANCE OF HEARING DATE FOR DEFENDANTS' DEMURRER TO SECOND AMENDED COMPLAINT**

ALVIS QUASHNOCK AND ASSOCIATES A PC
613 First Street, Ste. 202
Brentwood, CA 94513
Tel. (925) 516-1617   Fax. (925) 775-7008

1   DATED:  August 3, 2016                          /s/ Aisha Garrison
                                                    Aisha Garrison

2

3                                                   3527 68th Avenue, Apt. 2
                                                    Oakland, Ca 94605
4                                                   Defendant-in-Interpleader, In propia persona

5

6   DATED:  August 3, 2016                          /s/ Christina Saunders
                                                    Christina Saunders

7

8                                                   3527 68th Ave, Apt. 4
                                                    Oakland, CA 94605
9                                                   Defendant-in-Interpleader, In propia persona

10

11                                  **ORDER**

12          Based upon the foregoing stipulation between the parties and good cause appearing:

13          **IT IS HEREBY ORDERED** that the Settlement Conference in this matter is hereby

14   continued to November 18, 2016.

15          **IT IS SO ORDERED.**

16   DATED:____8/4/16_____      _____

17                                                  KANDIS A. WESTMORE
                                                    UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

3

Case No.  3:16-cv-1698-WHA – **STIPULATION AND ORDER REGARDING CONTINUANCE OF HEARING
DATE FOR DEFENDANTS' DEMURRER TO SECOND AMENDED COMPLAINT**