IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>TAMIKKO BENNETT, *et al.*,<br><br>    Defendants.<br><br>JEANTON BENNETT and TAMIKKO BENNETT,<br><br>    Counter-claimants,<br><br>  v.<br><br>PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>    Counter-defendant.<br>_____ / | No. C 16-01698 WHA<br><br>**ORDER APPROVING STIPULATION TO AMEND ANSWER AND DISMISS COUNTERCLAIM** |

    The Court is in receipt of the parties' stipulation allowing defendants and counter-claimants Jeanton Bennett and Tamikko Bennett to file an amended answer and dismiss the counterclaim (Dkt. No. 40). Defendants' counterclaim against plaintiff and counter-defendant Primerica Life Insurance Company is **DISMISSED**. Leave is granted for defendants to file an amended answer by **NOVEMBER 14.**

    **IT IS SO ORDERED.**

Dated: November 4, 2016.

                                                    WILLIAM ALSUP<br>                                                  UNITED STATES DISTRICT JUDGE