HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>TAMIKKO BENNETT, an individual; JEANTON BENNETT, an individual; AISHA GARRISON, an individual; CHRISTINE SAUNDERS, an individual; EXPRESS FUNERAL FUNDING, LLC, a limited liability company; and DOES 1 through 15, inclusive,<br><br>　　　　Defendants. | Case No. 3:16-cv-1698-WHA<br><br>**ORDER RE:**<br><br>**1. DISCHARGE AND DISMISSAL OF PRIMERICA LIFE INSURANCE COMPANY;**<br><br>**2. PARTIAL DISTRIBUTION OF INTERPLEADER PROCEEDS; AND**<br><br>**3. PERMANENT INJUNCTION**<br><br>[Stipulation filed concurrently]<br><br>Complaint Filed:   April 4, 2016 |
| TAMIKKO BENNETT, an individual,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>PRIMERICA LIFE INSURANCE COMPANY, a corporation and ROES 1 through 15, inclusive,<br><br>　　　　Counter-Defendants. | |

3:16-cv-01698-WHA
36200111v1 0984736

Pursuant to the stipulation of the parties, the Court hereby ORDERS as follows:

1. Plaintiff Primerica Life Insurance Company ("Primerica") and its agents are discharged from any and all liability with respect to the subject Primerica life insurance policy, number 0433150187;

2. Primerica is awarded $15,680.59 in reasonable attorneys' fees and costs from the stake, and the Clerk of the United States District Court shall issue a check in that amount to "Primerica Life Insurance Company" from the proceeds deposited in Court, to be mailed to Primerica's counsel of record;

3. Defendants-in-Interpleader Tamikko Bennett, Jeanton Bennett, Aisha Garrison, and Christine Saunders, and each of them and their respective agents, attorneys and assigns, are enjoined and restrained perpetually from instituting any suit at law or equity, or any action of any kind whatsoever, against Primerica or Primerica's agents in any way related to Primerica's life insurance policy number 0433150187 or to the benefit under that policy; and

4. Primerica is dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated: __November 8, 2016._____        _____
                                         HON. WILLIAM ALSUP
                                         United States District Judge

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1

3:16-cv-01698-WHA
36200111v1 0984736