Marie G. Quashnock (SBN 153567)
marie@aqalegal.com
Hallie N. Zimmerman (SBN 247407)
hallie@aqalegal.com
**ALVIS QUASHNOCK AND ASSOCIATES, PC**
613 First Street, Suite 202
Brentwood, CA  94513
Telephone: (925) 516-1617
Facsimile:  (925) 775-7008

Attorneys for Defendants-in-Interpleader
TAMIKKO BENNETT and JEANTON BENNETT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>                        Plaintiff,<br>         v.<br>TAMIKKO BENNETT, an individual; JEANTON BENNETT, an individual; AISHA GARRISON, an individual; CHRISTINA SAUNDERS, an individual; EXPRESS FUNERAL FUNDING, LLC, a limited liability company; and DOES 1 through 15, inclusive,<br><br>                        Defendants. | Case No. 3:16-cv-1698-WHA<br><br>**AMENDED STIPULATION AND ORDER REGARDING DISMISSAL OF ENTIRE ACTION** |

The parties, Defendants-in-Interpleader, TAMIKKO BENNETT and JEANTON BENNETT and Defendants-in-Interpleader AISHA GARRISON and CHRISTINA SAUNDERS, In propia persona, hereby stipulate as follows:

1.     WHEREAS on November 18, 2016, Defendants-In-Interpleader TAMIKKO BENNETT and JEANTON BENNETT, with their counsel, and Defendants-In-Interpleader AISHA GARRISON and CHRISTINA SAUNDERS, in propria persona, participated in a Settlement Conference with the Honorable Magistrate Judge Kandis A. Westmore; and

2.     WHEREAS the parties reached an unconditional settlement of the entire action.

3. WHEREAS the court has requested that the parties submit an amended stipulation and order which includes the interest that has accumulated on the funds that have been deposited with the court in this action.

4. Therefore, the parties stipulate and request that the Court enter an order as follows:

   a. Defendant-Interpleader AISHA GARRISON shall receive $7,500.00 from the interpleader proceeds and the Clerk of the United States District Court shall issue a check in that amount to "AISHA GARRISON" from the proceeds deposited in Court, to be mailed to 3527 68th Ave. #2 Oakland, CA 94605.

   b. Defendant-Interpleader CHRISTINA SAUNDERS shall receive $7,500.00 from the interpleader proceeds and the Clerk of the United States District Court shall issue a check in that amount to "CHRISTINA SAUNDERS" from the proceeds deposited in Court, to be mailed to the address provided by said Defendant-in-Interpleader to the Court in this action.

   c. Defendant-Interpleader TAMIKKO BENNETT shall receive the remainder of the interpleader proceeds, to wit, $82,907.63, as well as any and all interest that has accumulated on the funds deposited with the Court, and the Clerk of the United States District Court shall issue a check in that amount to "ALVIS QUASHNOCK AND ASSOCIATES TRUST ACCOUNT FOR THE BENEFIT OF TAMIKKO BENNETT" from the proceeds deposited in Court, to be mailed to Defendant-in-Interpleader TAMIKKO BENNETT's counsel of record in this action;

   d. Defendant-Interpleader JEANTON BENNETT shall receive no distribution of the interpleader proceeds;

   e. Defendant-Interpleader TAMIKKO BENNETT shall be solely responsible for the payment of Chaz Bennett's funeral and mortuary expenses which total $22,488.76;

   f. All parties shall bear their own attorneys' fees and costs incurred in this action; and

g. After distribution of the interpleader proceeds, this action shall be dismissed with prejudice as to all parties.

**IT IS SO STIPULATED**

DATED: November 30, 2016        **ALVIS QUASHNOCK AND ASSOCIATES, PC**

By: ___/s/ Marie G. Quashnock___
Marie G. Quashnock
613 First Street, Suite 202
Brentwood, CA 94513
Telephone: (925) 516-1617
Facsimile: (925) 775-7008
Attorneys for Defendants-in-Interpleader
*TAMIKKO BENNETT and JEANTON BENNETT*

DATED: November 30, 2016        ___/s/ Aisha Garrison___
Aisha Garrison

3527 68th Avenue, Apt. 2
Oakland, Ca 94605
Defendant-in-Interpleader, *In propia persona*

DATED: November 30, 2016        ___/s/ Christina Saunders___
Christina Saunders

3527 68th Ave, Apt. 4
Oakland, CA 94605
Defendant-in-Interpleader, *In propia persona*

**ORDER**

Pursuant to the stipulation of the parties, the Court hereby Orders as follows:

1. Defendant-Interpleader AISHA GARRISON is awarded $7,500.00 from the interpleader proceeds and the Clerk of the United States District Court shall issue a check in that amount to "AISHA GARRISON" from the proceeds deposited in Court, to be mailed to the address provided by said Defendant-in-Interpleader to the Court in this action.

ALVIS QUASHNOCK AND ASSOCIATES A PC
613 First Street, Ste. 202
Brentwood, CA 94513
Tel. (925) 516-1617   Fax. (925) 775-7008

ALVIS QUASHNOCK AND ASSOCIATES A PC
613 First Street, Ste. 202
Brentwood, CA 94513
Tel. (925) 516-1617   Fax. (925) 775-7008

2.	Defendant-Interpleader CHRISTINA SAUNDERS is awarded $7,500.00 from the interpleader proceeds and the Clerk of the United States District Court shall issue a check in that amount to "CHRISTINA SAUNDERS" from the proceeds deposited in Court, to be mailed to the address provided by said Defendant-in-Interpleader to the Court in this action.

3.	Defendant-Interpleader TAMIKKO BENNETT is awarded the remainder of the interpleader proceeds, to wit, $82,907.63, as well as any and all interest that has accumulated on the funds deposited with the Court, and the Clerk of the United States District Court shall issue a check in that amount to "ALVIS QUASHNOCK AND ASSOCIATES TRUST ACCOUNT FOR THE BENEFIT OF TAMIKKO BENNETT" from the proceeds deposited in Court, to be mailed to Defendant-in-Interpleader TAMIKKO BENNETT's counsel of record in this action;

4.	Defendant-Interpleader TAMIKKO BENNETT shall be solely responsible for the payment of Chaz Bennett's funeral and mortuary expenses which total $22,488.76;

5.	After distribution of the interpleader proceeds, this action shall be dismissed with prejudice as to all parties and all parties shall bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

DATED:	November 30, 2016.	_____
	HON. WILLIAM ALSUP
	U.S. DISTRICT COURT JUDGE